IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ALLEN AND JO ANN KELLEY DAWSON, | § § § | |
| *Plaintiffs,* | § § § | |
| v. | § § | CASE NO. 3:21-cv-320 |
| UNITED PROPERTY AND CASUALTY INSURANCE COMPANY, | § § § § | |
| *Defendant.* | § § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Defendant, UNITED PROPERTY AND CASUALTY INSURANCE COMPANY ("UPC"), in a cause styled *Allen and Jo Ann Kelley Dawson v. United Property and Casualty Insurance Company*, originally pending as Cause No. 21-CV-1803 in the 122nd District Court of Galveston County, Texas, hereby respectfully files this Notice of Removal of that cause to the United States District Court for the Southern District of Texas, Galveston Division, while fully reserving all rights and defenses, and as grounds therefore would respectfully show the Court as follows:

### NATURE OF THE PENDING STATE CASE

1. On or about October 12, 2021, Allen and Jo Ann Kelley Dawson ("Plaintiffs") filed a civil action styled *Allen and Jo Ann Kelley Dawson v. United Property and Casualty Insurance Company*, under Cause No. 21-CV-1803 in the 122nd District Court of Galveston County, Texas.

2. This case involves an insurance dispute wherein Plaintiffs allege in their Original Petition that the property located in Galveston County, Texas, insured under an insurance policy

issued by UPC sustained hail and windstorm damage on an undisclosed date. Plaintiffs have sued UPC alleging causes of action for breach of contract, violations of the Texas Insurance Code, violations of the Texas Business and Commerce Code, and breach of the duty of good faith and fair dealing.

3. UPC has attached the documents required to be filed with this Notice of Removal in compliance with Local Rule 81.[1]

## JURISDICTION

4. Pursuant to 28 U.S.C. §1441(a), UPC removes this action to the District Court of the United States for the Southern District of Texas, Galveston Division, because it is the District and Division embracing the place where such action is pending. Additionally, this Court has diversity jurisdiction, as shown below, because the parties are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

**A.   Diversity of the Parties**

5. Allen Dawson and Jo Ann Kelley Dawson are individuals who reside in Galveston County, Texas.[2] Defendant, UPC, is a foreign corporation organized in Florida with its principal place of business is at 800 2nd Avenue South, St. Petersburg, Florida 33701. Therefore, the parties reside in different states and are completely diverse.

**B.   Amount in Controversy**

6. To show that all the requisites for federal jurisdiction are met, a removing party must demonstrate that the amount in controversy exceeds $75,000.[3] The amount in controversy is

---

[1] Plaintiff's Original Petition, attached hereto as Exhibit "A;" Proof of Service, attached hereto as Exhibit "B;" Defendant's Original Answer, attached hereto as Exhibit "C;" An Index of Matters Being Filed, attached hereto as Exhibit "D;", Copy of State Court Docket Sheet, attached hereto as Exhibit "E;" List of All Counsel of Record, attached hereto as Exhibit F;" and Civil Cover Sheet, attached hereto as Exhibit "G."
[2] Exhibit "A," at paras. 2-3.
[3] *See* 28 U.S.C. § 1332(a); *Garcia v. Koch Oil Co. of Texas Inc.*, 351 F.3d 636, 638 (5th Cir. 2003).

ordinarily established on the face of the complaint and the dollar-amount actually claimed.[4] Here, Plaintiffs' Complaint states they seeks damages over $250,000.00.[5] Therefore, the amount in controversy exceeds the jurisdictional minimum of $75,000.00, exclusive of interest and costs.

## TIMING OF REMOVAL

7. UPC was served with this lawsuit on October 14, 2021 by Plaintiffs serving the Registered Agent, CT Corporation System.[6] Therefore, this Notice of Removal is being filed within 30 days of service of the petition pursuant to 28 U.S.C. §1446(b), and is filed less than one year after commencement of the action, pursuant to 28 U.S.C. §1446(c). This Notice is therefore timely filed.

## NOTICE TO ADVERSE PARTIES AND STATE COURT

8. As the removing party, UPC will give Plaintiffs prompt written notice of this Notice of Removal pursuant to 28 U.S.C. §1446(d).

9. UPC will also file a copy of this Notice of Removal with the 10th Judicial District Court of Galveston County, Texas, where the state court action is currently pending, as required by 28 U.S.C. §1446(d).

## ANSWER

10. UPC filed a responsive pleading in the state court action, and will timely file an Amended Answer to Plaintiffs' lawsuit in this Honorable Court.

## JURY DEMAND

11. UPC hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

---

[4] *See Garcia*, 351 F.3d at 638 (citing *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 289 (1938)); *Allen v. R & H Oil and Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995).
[5] Exhibit A, at para. 60.
[6] *See* Exhibit B.

## CONCLUSION AND PRAYER

12. In light of the foregoing, Defendant UNITED PROPERTY AND CASUALTY INSURANCE COMPANY respectfully removes this civil action styled, *Allen and Jo Ann Kelley Dawson v. United Property and Casualty Insurance Company*, under Cause No. 21-CV-1803 in the 122nd District Court of Galveston County, Texas.

13. UPC prays for such other and further relief, both general and special, at law and in equity, to which it may show itself justly entitled.

    Respectfully submitted by,

    GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

    */s/ Les Pickett*
    Les Pickett
      "Attorney-in-Charge"
      Federal I.D. No. 14306
      State Bar No. 15980520
      lpickett@gallowaylawfirm.com
    William D. Abbott
      Federal I.D. No. 2789456
      State Bar No. 24087069
      wabbott@gallowaylawfirm.com
    1301 McKinney Suite 1400
    Galveston, Texas 77010
    (713) 599-0700 – Telephone
    (713) 599-0777 – Facsimile
    **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this __12th__ day of November 2021, a copy of the above and foregoing Notice of Removal was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

    */s/ William D. Abbott*
    Les Pickett
    William D. Abbott