IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ALLEN AND JO ANN KELLEY DAWSON, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CASE NO. 3:21-cv-320 |
| UNITED PROPERTY AND CASUALTY INSURANCE COMPANY, | § § § § | |
| *Defendant.* | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF THIS COURT:

    Plaintiffs, Allen Dawson and JO ANN KELLEY DAWSON, and Defendant, UNITED PROPERTY AND CASUALTY INSURANCE COMPANY, hereby advise the Court that the parties have settled this matter and are working on the exchange of settlement documentation and funding. The parties request 30 days to complete these tasks before the Court dismisses the case upon final motion by the parties.

    Respectfully submitted by,

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

*/s/ William D. Abbott*
Les Pickett
"Attorney-in-Charge"
Federal I.D. No. 14306
State Bar No. 15980520
lpickett@gallowaylawfirm.com
William D. Abbott
Federal I.D. No. 2789456
State Bar No. 24087069
wabbott@gallowaylawfirm.com
1301 McKinney Suite 1400
Galveston, Texas 77010
(713) 599-0700 – Telephone

(713) 599-0777 – Facsimile
**ATTORNEYS FOR DEFENDANT**

Respectfully submitted,

By: */s/ Jay Scott Simon w/ permission*
Chad T. Wilson
Southern Bar No. 2246983
Bar No. 24079587
Jay Scott Simon
Southern Bar No. 31422
Bar No. 24008040
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joint Notice of Settlement has been served on all counsel of record via electronic service on this 10th day of May, 2022.

*/s/ William D. Abbott*
Les Pickett
William D. Abbott