IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ALLEN AND JO ANN KELLEY DAWSON, | § § § | |
| *Plaintiffs,* | § § § | |
| v. | § § | CASE NO. 3:21-cv-320 |
| UNITED PROPERTY AND CASUALTY INSURANCE COMPANY, | § § § § | |
| *Defendant.* | § § | |

## **FINAL JUDGMENT**

On this date, the court considered the Joint Stipulation of Dismissal filed on May 10, 2022 by Plaintiffs, ALLEN DAWSON and JO ANN KELLEY DAWSON, and Defendant, UNITED PROPERTY AND CASUALTY INSURANCE COMPANY, and in accordance with that Joint Stipulation of Dismissal, the Court ORDERS, ADJUDGES, and DECREES that the claims of Plaintiffs, ALLEN DAWSON and JO ANN KELLEY DAWSON, against Defendant, UNITED PROPERTY AND CASUALTY INSURANCE COMPANY, be, and are hereby, dismissed with prejudice. The Court further ORDERS, ADJUDGES, and DECREES that each party will bear the court costs incurred by that party.

SIGNED _____.

_____
**UNITED STATES DISTRICT JUDGE**