United States District Court
Southern District of Texas
**ENTERED**
May 11, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ALLEN AND JO ANN KELLEY DAWSON, §<br>  Plaintiffs, §<br>VS. §<br> §<br>UNITED PROPERTY §<br>AND CASUALTY INS. §<br>CO., §<br>  Defendant. § | CIVIL ACTION NO. 3:21-CV-320 |

## ORDER OF DISMISSAL

On May 10, 2022, the plaintiffs, Allen and Jo Ann Kelley Dawson, and the defendant United Property and Casualty Insurance Company, filed a Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 11.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island on this the 11th day of May, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE